```
 1  BUCHALTER NEMER
    A Professional Corporation
 2      DENISE H. FIELD (SBN: 111532)
        MIA S. BLACKLER (SBN: 188112)
 3      CASSANDRA T. HOLMAN (SBN: 202956)
    333 Market Street, 25th Floor
 4  San Francisco, CA  94105-2126
    Telephone: (415) 227-0900
 5  Facsimile: (415) 227-0770
    Email:  dfield@buchalter.com
 6
    Attorneys for Plaintiff
 7  PHOENIX FUEL CORPORATION, a Wyoming
    corporation
 8
```

RECEIVED 2007 APR -6 PM 2:09 RICHARD W. WIEKING U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

FILED

APR 2 7 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| PHOENIX FUEL CORPORATION, a Wyoming corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUNWORLD INTERNATIONAL AIRLINES, INC., EDWARD C.C. PEAGRAM, and DOES 1 through 50, inclusive,<br><br>        Defendant. | CASE NO. C-06-06104 RMW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISTICTION AND IMPROPER VENUE OR TO TRANSFER TO U.S.D.C. SOUTHERN DISTRICT OF NEW YORK<br><br>**BY FAX**<br><br>Date:     May 4, 2007<br>Time:    9:00 a.m.<br>Before:  Hon. Ronald M. Whyte<br>Address: 280 S. 1st Street<br>         San Jose, CA  95113 |

IT IS HEREBY STIPULATED by and among Plaintiff Phoenix Fuel Corporation ("Phoenix Fuel"), and Defendants Sunworld International Airlines, Inc. and Edward C.C. Peagram (collectively, "Defendants"), through their respective counsel, that the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction and Improper Venue or to Transfer To U.S.D.C. Southern District of New York shall be continued to May 25, 2007, the opposition of Phoenix Fuel shall be continued and shall be due on or before May 4, 2007, and Defendants' reply shall be continued and shall be due on or before May 11, 2007. The reason for this

FROM : COTI&SUGRUE                     FAX NO. :12039665817              Apr. 03 2007 03:58PM  P3

Apr-03-07   12:48pm   From-Buchalter Nemer SF                 +                T-666   P.004/007   F-530

1   requested continuance is in furtherance of settlement negotiations.

2       Facsimile signatures on this stipulation may be considered as originals, and this
3   stipulation may be signed in counterpart.

4
5
6   DATED: April 3, 2007                    BUCHALTER NEMER
                                            A Professional Corporation
7
8                                           By: _____
                                                 DENISE H. FIELD
9                                                Attorneys for Plaintiff
                                            PHOENIX FUEL CORPORATION, a
10                                          Wyoming corporation

11
12  DATED: April 3, 2007                    COTI & SUGRUE

13
14                                          By: _____
                                                 STEPHEN R. SUGRUE
15                                               Attorneys for Defendants
                                            SUNWORLD INTERNATIONAL
16                                          AIRLINES, INC. and
                                            EDWARD C.C. PEAGRAM
17                                          (Application for Admission Pro Hac Vice
                                            Pending)
18
19  DATED: April ___, 2007

20                                          By: _____
                                                 JOSEPH EATON, ESQ.
21                                               Designated Co-Counsel for Defendants
                                            SUNWORLD INTERNATIONAL
22                                          AIRLINES, INC. and
                                            EDWARD C.C. PEAGRAM
23
24
25      IT IS SO ORDERED.

26  DATED: _____, 2007
27                                          HON. RONALD M. WHYTE
28
BN 1152176v3                                -2-                     Case No. C-06-06104 RMW
JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFS. MOT. TO DISMISS

requested continuance is in furtherance of settlement negotiations.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

DATED: April 3, 2007

BUCHALTER NEMER
A Professional Corporation

By:_____
DENISE H. FIELD
Attorneys for Plaintiff
PHOENIX FUEL CORPORATION, a
Wyoming corporation

DATED: April ___, 2007

COTI & SUGRUE

By:_____
STEPHEN R. SUGRUE
Attorneys for Defendants
SUNWORLD INTERNATIONAL
AIRLINES, INC. and
EDWARD C.C. PEAGRAM
(Application for Admission Pro Hac Vice
Pending)

DATED: April 5, 2007

By:_____
JOSEPH EATON, ESQ.
Designated Co-Counsel for Defendants
SUNWORLD INTERNATIONAL
AIRLINES, INC. and
EDWARD C.C. PEAGRAM

IT IS SO ORDERED.

DATED: 4/27, 2007

_____
HON. RONALD M. WHYTE

BN 1152176v2 -2- Case No. C-06-06104 RMW
JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFS. MOT. TO DISMISS