BUCHALTER NEMER
A Professional Corporation
  DENISE H. FIELD (SBN: 111532)
  MIA S. BLACKLER (SBN: 188112)
  CASSANDRA T. HOLMAN (SBN: 202956)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: dfield@buchalter.com

Attorneys for Plaintiff
PHOENIX FUEL CORPORATION, a Wyoming corporation

*E-FILED - 5//15/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE)

| | |
|---|---|
| PHOENIX FUEL CORPORATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNWORLD INTERNATIONAL AIRLINES, INC., EDWARD C.C. PEAGRAM, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. C-06-06104 RMW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE<br><br>(F.R.C.P. 41(a))<br><br>Before: Hon. Ronald M. Whyte<br>Address: 280 S. 1st Street<br>San Jose, CA 95113 |

Plaintiff Phoenix Fuel Corporation ("Phoenix Fuel"), was provided with a Notice in accordance with F.R.C.P. 25(a) of the death of Defendant Edward C.C. Peagram, and neither Phoenix Fuel, nor Defendants Sunworld International Airlines, Inc. and Edward C.C. Peagram (collectively, "Defendants") seek to substitute a party therefore, and waive their right to do so.

IT IS HEREBY STIPULATED by and among Phoenix Fuel and Defendants, through their respective counsel, that the parties agree to dismiss this action in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a) and each party shall bear its own attorney fees and costs in this matter.

BN 1224027v1      -1-      Case No. C-06-06104 RMW

JOINT STIP. AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

1  The parties seek approval of dismissal of this action with prejudice.

2  IT IS FURTHER STIPULATED by and among Phoenix Fuel and Defendants, through their respective counsel, that this Stipulation constitutes a mutual release of claims in connection with or arising from any and all liens on Boeing 727 civil aircraft N282US, MSN 211611, and may be filed accordingly, however, the parties agree to execute additional documentation reasonably necessary to effect said release.

7  Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

9  IT IS SO STIPULATED.

DATED: May 11, 2007

BUCHALTER NEMER
A Professional Corporation

By: _____
MIA S. BLACKLER
Attorneys for Plaintiff
PHOENIX FUEL CORPORATION, a
Wyoming corporation

DATED: May 11, 2007

COTI & SUGRUE

By: _____
STEPHEN R. SUGRUE
Attorneys for Defendants
SUNWORLD INTERNATIONAL
AIRLINES, INC. and
EDWARD C.C. PEAGRAM
(Application for Admission Pro Hac Vice Pending)

DATED: May 11, 2007

By: _____
JOSEPH EATON, ESQ.
Designated Co-Counsel for Defendants
SUNWORLD INTERNATIONAL
AIRLINES, INC. and
EDWARD C.C. PEAGRAM

**IT IS SO ORDERED.**

DATED: 5/15, 2007

_____
HON. RONALD M. WHYTE